**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PerdiemCo LLC**<br><br>　　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**Industrack LLC**<br><br>　　　　　　　**Defendants.** | **Dkt. No. 2:15-cv-00727-JRG-RSP (LEAD CASE)**<br><br>**JURY TRIAL DEMANDED** |

**PERDIEM'S NOTICE OF COMPLIANCE REGARDING EXPERT REPORTS**

Pursuant to the Court's November 6, 2015 Docket Control Order (Dkt. 52), Plaintiff PerdiemCo LLC ("Plaintiff") files this Notice of Compliance hereby informing the Court that Plaintiff served its expert reports regarding infringement and damages on June 20, 2016 through their counsel of record.  Service was made via electronic mail.

DATED: June 21, 2016								Respectfully submitted,

      */s/ J. Mark Mann*
J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
State Bar No. 24042033
blake@themannfirm.com
MANN | TINDEL | THOMPSON
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)

Alan L. Whitehurst
Marissa R. Ducca
QUINN EMANUEL URQUHART & SULLIVAN, LLC
777 6th Street, NW 11th Floor
Washington, DC 20001
Telephone:  202-538-8000
Facsimile:  202-538-8100
alanwhitehurst@quinnemanuel.com
marissaducca@quinnemanuel.com

*Attorneys for PerdiemCo LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 21th day of June, 2016, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the Court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                       */s/ J. Mark Mann*
                                       **J. Mark Mann**