IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PerdiemCo LLC<br><br>                Plaintiff,<br><br>      v.<br><br>Industrack LLC et al.<br><br>                Defendants. | Lead Case: 2:15-cv-00727-JRG-RSP |

## **NOTICE OF COMPLIANCE**

      COMES NOW Defendant Geotab Inc., and hereby notifies the Court and all parties of record that on June 20, 2016, it served its designated expert witness report regarding invalidity. Service was made via electronic mail.

Dated: June 21, 2016            Respectfully submitted,

<u>/s/ *Bruce C. Haas by permission Andrea Fair*</u>
Bruce C. Haas – LEAD COUNSEL
John D. Carlin
Sean M. McCarthy
Ketan V. Patel
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200
Email: bhaas@fchs.com
Email: jcarlin@fchs.com
Email: smccarthy@fchs.com
Email: kpatel@fchs.com

Wesley Hill
State Bar No. 24032294
Claire Henry
State Bar No. 24053063
Andrea Fair
State Bar No. 24078488
WARD, SMITH & HILL, PLLC
P.O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
Email: wh@wsfirm.com;
Email: claire@wsfirm.com
Email: andrea@wsfirm.com

*Attorneys for Defendant Geotab Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 21, 2016, the foregoing was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants, in compliance with Local Rule CV-5(a)(3).  As such, this document was served on all counsel deemed to have consented to electronic service.

/s/ *Andrea Fair*
Andrea Fair