IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERDIEMCO, LLC, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CASE NO. 2:15-CV-727-JRG |
| | § |
| INDUSTRACK LLC, et al. | § |
| | § |
| *Defendants*. | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on September 21, 2016 (Dkt. No. 233) recommending denial of Defendants Geotab Inc., Teletrac, Inc., Navman Wireless North America Ltd., and TV Management, Inc. d/b/a GPS North America, Inc.'s (collectively, "Defendants") Motion for Judgment on the Pleadings Pursuant to 35 U.S.C. § 101 (Dkt. No. 62) and Motion for Judgment on the Pleadings Pursuant to 35 U.S.C. § 112 ¶¶ 1 and 2 (Dkt. No. 66). Having considered the Objections filed by Defendants (Dkt. No. 236) and finding them to be without sufficient merit, the Recommendation is adopted.

**IT IS ORDERED** that the Motion for Judgment on the Pleadings Pursuant to 35 U.S.C. § 101 (Dkt. No. 62) and Motion for Judgment on the Pleadings Pursuant to 35 U.S.C. § 112 ¶¶ 1 and 2 (Dkt. No. 66) are **DENIED**.

**So Ordered this**
**Sep 28, 2016**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE