# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PERDIEMCO, LLC., | § § § | |
| *Plaintiff*, | § | Case No. 2:15-CV-00727-JRG-RSP |
| v. | § § § | |
| INDUSTRACK LLC, | § § § | |
| *Defendant*. | § § | |

| | | |
|---|---|---|
| PERDIEMCO LLC, | § § | |
| *Plaintiff*, | § § | Case No. 2:15-CV-00726-JRG-RSP |
| v. | § § § | |
| GEOTAB INC., GEOTAB USA, INC., | § § § | |
| *Defendants*. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne (Dkt. No. 272) recommending denial of Defendant Geotab's Motion for Summary Judgment of Invalidity (Dkt. No. 174). Having considered the Objections filed by Geotab (Dkt. No. 301) and finding them to be without sufficient merit, the Recommendation is adopted.

**IT IS ORDERED** that the Motion for Summary Judgment (Dkt. No. 174) is **DENIED**.

**So ORDERED and SIGNED this 9th day of November, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE